LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 12-09475-BRO (PJWx) | Date | July 29, 2013 |
|---|---|---|---|
| Title | Benjamin Bell et al v. Blizzard Entertainment Inc et al | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Myra Ponce | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:

Randy K Pulliam
Gillian L Wade
Sara D Avila

Attorneys Present for Defendants:

Dominique H Pietz
Kathyleen A O'Brien
Mark S Melodia
Paul J Bond

**Proceedings:**   SCHEDULING CONFERENCE (Held and Completed)

Matter called. Counsel states their appearances for the record.

Court and counsel confer. Court conducts Scheduling Conference. Counsel are reminded to fully comply with Federal Rules of Civil Procedure, Rule 26(a). The Scheduling Order is attached as Exhibit A.

Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-14 is private mediation.

The Court orders that any settlement discussions shall be completed no later than September 15, 2014. Counsel shall file a Joint Report regarding the outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

IT IS SO ORDERED.

00          07

Initials of Preparer          rf

LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 12-09475-BRO (PJWx) | Date | July 29, 2013 |
|---|---|---|---|
| Title | Benjamin Bell et al v. Blizzard Entertainment Inc et al | | |

## JUDGE BEVERLY REID O'CONNELL

## SCHEDULE OF TRIAL AND PRETRIAL DATES

| Matter | Time | Weeks before trial | Court Order |
|---|---|---|---|
| **Trial (jury)   Estimated length: 4 days** | 8:30 am | | 11-11-14 |
| **[Jury trial]  Hearing on Motions in Limine;** | | -1 | 11-03-14 |
| **[Court trial] File Findings of Fact and Conclusions of Law; Hearing on Motions in Limine** | | -1 | |
| **Hearing on Disputed Jury Instructions** | 1:30 PM | -2 | 10-27-14 |
| **Pretrial Conference; Proposed Voir Dire Qs Lodged and Agreed-to Statement of Case** | 3:00 pm | -4 | 10-14-14 |
| **Motions in Limine to be filed;** | | -5 | 10-06-14 |
| **Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit & Witness Lists; File Status Report re Settlement; File Agreed Upon Set of Jury Instructions and Verdict Forms; File Joint Statement re Disputed Instructions, Verdicts, etc.** | | -6 | 09-29-14 |
| **Last date to file Joint Report Regarding ADR Proceedings** | | -7 | 09-22-14 |
| **Last date to conduct ADR Proceeding** | | -8 | 09-15-14 |
| **Last day for hearing motions** | 1:30 pm | -9 | 09-08-14 |
| **Discovery cut-off [Note: Expert disclosure no later than 70 days prior to this date.]** | | -10 | 09-01-14 |
| **Last date to file Motion for Class Certification** | 1:30 pm | | 04-15-14 |
| **Last to Amend Pleadings or Add Parties** | | | 11-01-13 |