# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BENJAMIN BELL , et al.

Plaintiff(s),

v.

BLIZZARD ENTERTAINMENT INC , et al.

Defendant(s).

CASE NUMBER:

2:12−cv−09475−BRO−PJW

**ORDER/REFERRAL TO ADR**

The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court−Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26−1, hereby:

**ORDERS** this case referred to:

☐ **ADR PROCEDURE NO. 1**: (☐ district judge or ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct).

☐ **ADR PROCEDURE NO. 2**: This case is referred to the ADR Program. Within twenty−one (21) days, plaintiff shall obtain the consent of a neutral listed on the Court's Mediation Panel who will conduct the mediation, and file form ADR−2, Stipulation Regarding Selection of Panel Mediator. If the parties have not selected and obtained the consent of a Panel Mediator within twenty−one (21) days, the ADR Program (213−894−2993) will assign one. Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

☑ **ADR PROCEDURE NO. 3**: (Private mediation).

The ADR proceeding is to be completed no later than: _9/15/2014_ .

The Court further sets a status conference for: _____ .

For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

**IT IS SO ORDERED.**

Dated: July 29, 2013

_____
Beverly Reid O'Connell
United States District Judge