**REED SMITH LLP**
Kathyleen A. O'Brien (State Bar No. 94218)
kobrien@reedsmith.com
Dominique H. Pietz (State Bar No. 260716)
dpietz@reedsmith.com
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067-6078
Telephone:   (310) 734-5200
Fax:         (310) 734-5299

Attorneys for Defendant Blizzard Entertainment, Inc.

**MILSTEIN ADELMAN, LLP**
Gillian L. Wade, (State Bar No. 229124)
gwade@milsteinadelman.com
Sara D. Avila (State Bar No. 263213)
savila@milsteinadelman.com
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Telephone:   (310) 396-9600
Fax:         (310) 396-9635

Attorneys for Plaintiffs Benjamin Bell and Christopher Spellman

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN BELL, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BLIZZARD ENTERTAINMENT, INC., a Delaware Corp.,<br><br>Defendant. | **Case No: 2:12-cv-09475-BRO (PJWx)**<br><br>**CLASS ACTION**<br><br>**STIPULATION TO DISMISS ENTIRE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(ii)**<br><br>Complaint Filed: November 5, 2012<br><br>Honorable Beverly Reid O'Connell |

By and through their respective counsel, Plaintiffs Benjamin Bell and Christopher Spellman ("Plaintiffs") and Defendant Blizzard Entertainment, Inc. ("Defendant"/"Blizzard"), being all parties to this action, hereby submit this joint stipulation pursuant to Federal Rule of Civil Procedure Rule 41(a)(ii) to dismiss this entire action with prejudice due to the pre-certification confidential settlement of Plaintiffs' individual claims.

After extensive discovery and weeks of settlement negotiations the Parties have executed a confidential settlement agreement that fully disposes of all of Plaintiffs' claims against Defendant. Because no class has been certified in this action, court approval of this settlement is not required pursuant to Federal Rule of Civil Procedure Rule 23 (e). Accordingly, the Parties agree and stipulate that this action should be dismissed in its entirety with prejudice pursuant to Rule 41(a)(ii) and that each party shall bear its own fees and costs.

DATED: January 31, 2014            Attorneys for Plaintiffs Bell and Spellman


By:     /s/ Gillian L. Wade

MILSTEIN ADELMAN, LLP
  Gillian L. Wade
  Sara D. Avila

CARNEY BATES & PULLIAM, PLLC
  Hank Bates (SBN   167688)
  hbates@cbplaw.com
  Randall K. Pulliam (Pro Hac Vice)
  rpulliam@cbplaw.com
  11311 Arcade Drive, Suite 200
  Little Rock, AR 72212
  Telephone:   (501) 312-8500
  Fax:            (501) 312-8505

1
STIPULATION TO DISMISS ENTIRE ACTION PURSUANT TO RULE 41
Case No. 2:12-cv-09475-BRO (PJWx)

| | | |
|---|---|---|
| 1 | DATED:  January  31, 2014 | Attorneys for Defendant Blizzard Entertainment, Inc. |
| 2 | | |
| 3 | | |
| 4 | | By:   /s/ Kathyleen A. O'Brien |
| 5 | | REED SMITH LLP |
| 6 | | Kathyleen A. O'Brien |
| 7 | | REED SMITH LLP |
| 8 | | Mark S. Melodia (Pro Hac Vice) mmelodia@reedsmith.com |
| 9 | | Paul Bond (Pro Hac Vice) pbond@reedsmith.com |
| 10 | | 136 Main Street, Suite 250 Princeton Forrestal Village |
| 11 | | Princeton, NJ 08540 |