JS-6

<div style="margin-left: auto; writing-mode: vertical-rl;">Milstein Adelman, LLP<br>2800 Donald Douglas Loop North<br>Santa Monica, California 90405</div>

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN BELL, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BLIZZARD ENTERTAINMENT, INC., a Delaware Corp.,<br><br>Defendant. | **Case No: 2:12-cv-09475-BRO (PJWx)**<br><br>**CLASS ACTION**<br><br>**ORDER DISMISSING ENTIRE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(ii)**<br><br>Complaint Filed: November 5, 2012<br><br>Honorable Beverly Reid O'Connell |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and having considered the Parties' Stipulation dismissing the entire action with prejudice,

IT IS HEREBY ORDERED as follows: This action is dismissed in its entirety with prejudice and that each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated: February 5, 2014

_____
The Honorable Beverly Reid O'Connell
United States District Court Judge